UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL
TRUST COMPANY,

       Plaintiff,                        No. C 13-80250 MISC PJH

       v.                                 **ORDER**

GILBERT HEREDIA, et al.,

       Defendants.

_____/

    Defendants Gilbert Heredia and Lori Heredia are subject to a pre-filing order filed on October 3, 2012 in Case No. 12-4405 PJH, based on their having twice removed the same unlawful detainer action from the Alameda County Superior Court, over which this court determined that it lacked subject matter jurisdiction.

    Defendants have now attempted to file a notice of removal of a different unlawful detainer action, involving the same property as the prior state court action.  The court will allow defendants to file the present action, after which the assigned judge will determine whether the court has subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated:  November 8, 2013

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge